No. 16,919.

BAY ET AL. *v.* BITTER.

(255 P. [2d] 971)

Decided March 30, 1953.   Rehearing denied April 20, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. MOYNIHAN, HUGHES & SHERMAN, for plaintiffs in error.

Messrs. THULEMEYER & STEWART, for defendant in error.